UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 1 1 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|  | ) |
|  | ) |
|  | ) |
| **v.** | ) Criminal No. 09-cr-144 (ESH) |
|  | ) |
| **CYPRIAN R. RILEY,** | ) |
|  | ) |
| **Defendant.** | ) |
|  | ) |

## ORDER

In a hearing before Magistrate Judge Kay on August 31, 2009, defendant Cyprian R. Riley entered a plea of guilty. On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 57.19(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant Riley's guilty plea.

**SO ORDERED.**

_Ellen S. Huvelle_
ELLEN SEGAL HUVELLE
United States District Judge

Date: September 11, 2009